JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| JOHN LEMBI, | Case No.: CV 12-05069-GW(PLAx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |
| CITY OF LONG BEACH, | |
| Defendant. | |
| AND ALL CONSOLIDATED ACTIONS | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.   The Court has carefully reviewed the parties' concurrently-filed Stipulation Re Approval of Settlement Agreement and Dismissal with Prejudice ("Stipulation") and the settlement agreement ("Settlement Agreement") attached as Exhibit "A" to the Stipulation in *Joe Battle v. City of Long Beach*, CV 12-5055-GW(PLAx);

2.   The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all aspects to Plaintiffs Joe Battle,

Anthony Lembi, Steve Lowe, Richard Birdsall, Alberto Vargas, John Lembi, Robert Schroeder, Ross Smillie and Michael Dapello (collectively, "Plaintiffs") and the parties shall perform the Settlement Agreement in accordance with its terms;

3. The Court reserves jurisdiction with respect to this consolidated action for the purposes of enforcing the Settlement Agreement; and

4. This consolidated action is hereby dismissed in its entirety with prejudice.

DATED: June 5, 2014    _____
                         HON. GEORGE H. WU, U.S. District Judge